Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Tusk Energy Services, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-4338903** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**211 Thru-Way Park Rd.**<br>**Broussard, LA 70518**<br>Number, Street, City, State & ZIP Code<br><br>**Lafayette**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Tusk Energy Services, LLC**  
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**2379**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☑ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☑ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | **See attached list.** | | | |
| | District | When | Case number, if known | |

Debtor  **Tusk Energy Services, LLC**　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

**11. Why is the case filed in *this district?***　　*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**　　*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　 ☐ 5001-10,000　　　 ☐ 50,001-100,000
☐ 100-199　　　 ☐ 10,001-25,000　　 ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　 ☑ $1,000,001 - $10 million　　　 ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　 ☐ $10,000,001 - $50 million　　 ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　  ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　 ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　 ☑ $1,000,001 - $10 million　　　 ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　 ☐ $10,000,001 - $50 million　　 ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　  ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　 ☐ More than $50 billion

| Debtor | Tusk Energy Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-8-2016
            MM / DD / YYYY

X _____     Kenneth Myers
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

X  /s/ C. Davin Boldissar         Date  8-8-2016
Signature of attorney for debtor        MM / DD / YYYY

**C. Davin Boldissar**
Printed name

**Locke Lord LLP**
Firm name

**601 Poydras, Suite 2660**
**New Orleans, LA 70130**
Number, Street, City, State & ZIP Code

Contact phone  **504-558-5100**   Email address  **dboldissar@lockelord.com**

**Louisiana #29094**
Bar number and State

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

16-51082 - #1   File 08/08/16   Enter 08/08/16 12:05:14   Main Document   Pg 4 of 10

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TUSK ENERGY SERVICES, LLC, et al.,[1] | ) | Case No. 16-____ |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## SCHEDULE TO VOLUNTARY PETITION

In response to question 10 of the petition, the following cases are being filed:

| **Debtor** | **Relationship** | **District** | **Petition Date** |
|---|---|---|---|
| Tusk Energy Services, LLC | Affiliate | Western District of Louisiana | August 8, 2016 |
| Tusk Subsea Services, LLC | Affiliate | Western District of Louisiana | August 8, 2016 |
| Tusk Construction, LLC | Affiliate | Western District of Louisiana | August 8, 2016 |
| Rene Cross Construction, Inc. | Affiliate | Western District of Louisiana | August 8, 2016 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Tusk Energy Services, LLC (8903); Tusk Subsea Services, LLC (9064); Tusk Construction, LLC (9752), and Rene Cross Construction, Inc. (7838) The location of the Debtors' corporate headquarters and service address is: 211 Thru-way Park Rd., Broussard, LA 70518.

# WRITTEN CONSENT OF MEMBER MAJORITY
# OF TUSK ENERGY SERVICES, LLC

The undersigned, being the majority in interest of the members of Tusk Energy Services, LLC, a Louisiana limited liability company (the "Company") hereby consent to the adoption of the following resolutions (the "Resolutions"):

**RESOLVED** that a member majority of the Company has determined that it is advisable and in the best interests of the Company and the wholly-owned subsidiaries of the Company Tusk Subsea Services, LLC, Rene Cross Construction, Inc., and Tusk Construction, Inc. (together, the "Subsidiaries") that the Company and the Subsidiaries each file separate voluntary petitions seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as debtors-in-possession will be sought; and the filing of such petitions be, and it hereby is, authorized in all respects.

**RESOLVED** that Kenneth Myers, President of the Company be and is hereby appointed as the authorized signatory (the "Authorized Signatory") of the Company and the Subsidiaries in connection with the Chapter 11 proceedings authorized herein.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, deliver and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Louisiana at such time as the Authorized Signatory executing the same shall determine.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Subsidiaries to execute, deliver and verify or certify, for each Subsidiary, petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Louisiana at such time as the Authorized Signatory executing the same shall determine.

**RESOLVED,** that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute and file all petitions, schedules, lists, pleadings and other papers, and any amendments or modifications of the above, and to take any and all actions that the Authorized Signatory may deem necessary, proper or desirable in connection with the Chapter 11 cases to be commenced under authority of this written consent.

**RESOLVED,** that the law firm of Locke Lord LLP, be, and it is hereby employed to render legal services to, and to represent the Company and Subsidiaries in connection with the Chapter 11 case and any other related matters in connection therewith, on such terms as the Authorized Signatory shall approve.

**RESOLVED,** that an Authorized Signatory be, and is hereby authorized, empowered and directed for, on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other

1

professionals to assist in the Chapter 11 cases of the Company and Subsidiaries on such terms as are deemed necessary, proper, or desirable.

**RESOLVED,** that in connection with the commencement of the Chapter 11 cases by the Company and Subsidiaires, the Authorized Signatory, be, and is hereby authorized, empowered, and directed for, and on behalf of, and in the name of, the Company to negotiate, execute, and deliver a cash collateral agreement and/or debtor-in-possession loan facility (including, in connection therewith, such notes, security agreements, mortgages and other agreements or instruments or amendments or modifications thereto as the Authorized Signatory considers appropriate) in an amount not to exceed Two Million and no/100 Dollars ($2,000,000.00) on the terms and conditions as the Authorized Signatory executing the same may consider necessary, proper, or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and with such security instruments containing such terms and conditions including, without limitation, a confession of judgment, waivers of appraisal and notice, consent to executory process and a *pact de non-aliendo*.

**RESOLVED,** that the Authorized Signatory and any employees or agents (including counsel) designated by or directed by the Authorized Signatory, be, and is hereby authorized, empowered and directed to cause the Company and Subsidiaries to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities certificates or other documents, and to take such other actions, as in the judgment of an Authorized Signatory shall be necessary, proper, desirable and consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to cause all fees, costs and expenses related to the consummation of the transactions contemplated by the foregoing resolutions, which any of the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs and expenses being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by the Authorized Signatory, and to take any and all such further action, in the name of and on behalf of the Company and Subsidiaries (including without limitation execution of individual resolutions for each of the Subsidiaries formally authorizing the commencement of chapter 11 cases and generally resolving the same matters as set forth herein), which the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of the Authorized Signatory being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be and is hereby authorized, empowered and directed for, and on behalf of, and in the name of, the Company and Subsidiaries to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing Resolutions.

**RESOLVED,** that any and all actions heretofore or hereafter taken by the Authorized Signatory, employee, or agent (including counsel) of the Company and/or Subsidiaries within the terms of the foregoing resolutions be and they are hereby ratified, confirmed, authorized and approved as the act and deed of the Company and Subsidiaries.

**RESOLVED,** that the Authorized Signatory, be, and is hereby authorized and empowered to certify on behalf of the Company and Subsidiaries, as to all matters pertaining to the acts, transactions or agreements contemplated in any of the foregoing resolutions.

[End of Text]

[One Signature Page Follows]

3

Dated: July 27, 2016          **MAJORITY MEMBERS IN INTEREST:**

By: _____
      Kenneth Myers

By: _____
      Hunter Southerland

## CERTIFICATE

The undersigned Manager hereby certifies that (i) the foregoing signatories of the foregoing Written Consent of Member Majority of Tusk Energy Services, LLC, a Louisiana limited liability company, constitute the majority in interest of the members of Tusk Energy Services, LLC, and/or that the resolutions contained herein are approved by a majority in interest of the members of Tusk Energy Services, LLC, pursuant to, among other provisions, Sections 3.2.2 and 3.2.3 of the Company's Amended and Restated Operating Agreement; and (ii) that the foregoing is a true and correct copy of the Written Consent adopted by Tusk Energy Services, LLC, without the necessity of a meeting, and that the same has not been rescinded or revoked.

Dated: July 27, 2016

Manager:

_____
Kenneth Myers

Dated: July 27, 2016 **MAJORITY MEMBERS IN INTEREST:**

By: _____
Kenneth Myers

By: _____[signature]_____
Hunter Southerland

4