# Rene Cross Construction, Inc.
Week Beginning 7/18/16



| Planned Expenses | 18-Jul | 25-Jul | 1-Aug | 8-Aug | 15-Aug | 22-Aug | 29-Aug | 5-Sep | 12-Sep | 19-Sep | 26-Sep | 3-Oct | 12 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee Costs** | | | | | | | | | | | | | |
| Wages | $14,000.00 | $16,910.00 | $16,910.00 | $600.00 | $600.00 | $450.00 | $450.00 | $450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50,370.00 |
| Withholding | $5,320.00 | $6,425.80 | $6,425.80 | $60.00 | $60.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,291.60 |
| LA/State WH | $4,275.00 | $4,300.00 | $ - | $0.00 | $0.00 | $0.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,575.00 |
| LWCC | $0.00 | $5,000.00 | $ - | $0.00 | $0.00 | $0.00 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,500.00 |
| Blue Cross/Blue Shield | $0.00 | $16,518.16 | $ - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,518.16 |
| Dearborn Life | $172.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $172.80 |
| Cintas | $1,546.66 | $0.00 | $ - | $743.58 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $2,290.24 |
| Aflac | $0.00 | $3,000.00 | $ - | $0.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 | $6,000.00 |
| Other | $200.00 | $200.00 | $ 200.00 | $200.00 | $200.00 | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,200.00 |
| Subtotal | $25,514.46 | $52,353.96 | $23,535.80 | $1,603.58 | $3,860.00 | $650.00 | $6,950.00 | $450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $114,917.80 |
| **Expenses** | | | | | | | | | | | | | |
| | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,500.00 |
| | $33,000.00 | $2,500.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45,500.00 |
| | $1,400.00 | $0.00 | $0.00 | $0.00 | $1,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,800.00 |
| | $567.42 | $0.00 | $0.00 | $230.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $797.42 |
| | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| | $246.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $246.70 |
| | $1,350.00 | $0.00 | $0.00 | $1,350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,700.00 |
| | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| | $600.00 | $0.00 | $0.00 | $600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,200.00 |
| | $330.00 | $0.00 | $0.00 | $330.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $660.00 |
| | $958.41 | $0.00 | $0.00 | $958.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,916.82 |
| | $230.00 | $0.00 | $0.00 | $0.00 | $230.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $460.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $353.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $353.46 |
| | $66.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $66.00 |
| | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,200.00 |
| Subtotal | $43,321.99 | $2,700.00 | $10,200.00 | $3,668.41 | $3,350.00 | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $63,440.40 |
| **Direct Job Costs** | | | | | | | | | | | | | |
| Sustenance | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| Repairs and Maintenance | $1,500.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,500.00 |
| Fuel/Oil/Lube | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Towing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,500.00 |
| Subtotal | $6,500.00 | $6,500.00 | $6,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19,500.00 |
| **Insurance Premium Notes** | | | | | | | | | | | | | |
| Prime Rate Financing - Auto | $1,369.13 | $0.00 | $0.00 | $0.00 | $1,369.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,738.26 |
| Prime Rate Financing - GL | $3,209.60 | $0.00 | $0.00 | $3,209.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,419.20 |
| Subtotal | $4,578.73 | $0.00 | $0.00 | $3,209.60 | $1,369.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,157.46 |
| **TOTALS** | | | | | | | | | | | | | |
| Beginning Cash | ($39,842.80) | ($89,757.98) | ($117,533.83) | ($156,145.63) | ($94,327.22) | ($160,706.35) | ($125,103.80) | ($121,746.72) | ($86,346.52) | $47,498.48 | $47,498.48 | $181,613.48 | |
| Cash Receipts | $30,000.00 | $78,750.00 | $31,624.00 | $151,500.00 | $0.00 | $59,452.55 | $19,229.26 | $35,850.20 | $133,845.00 | $0.00 | $134,115.00 | $0.00 | $674,366.01 |
| Weekly Planned Expenses | $79,915.18 | $61,553.96 | $40,235.80 | $8,481.59 | $8,579.13 | $850.00 | $6,950.00 | $450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $207,015.66 |
| Vendor Possible Claims* | $0.00 | $12,000.00 | $30,000.00 | $66,200.00 | $57,800.00 | $23,000.00 | $8,922.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $197,922.18 |
| Delinquent Payroll Taxes | $0.00 | $17,771.89 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,771.89 |
| Transfer to TES (Attorney's Fees) | $0.00 | $15,200.00 | $0.00 | $15,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,200.00 |
| Available Cash | ($89,757.98) | ($117,533.83) | ($156,145.63) | ($94,327.22) | ($160,706.35) | ($125,103.80) | ($121,746.72) | ($86,346.52) | $47,498.48 | $47,498.48 | $181,613.48 | $181,613.48 | |

**EXHIBIT A**

# Tusk Subsea Services, LLC
## Week Beginning 7/18/16



| Planned Expenses | 18-Jul | 25-Jul | 1-Aug | 8-Aug | 15-Aug | 22-Aug | 29-Aug | 5-Sep | 12-Sep | 19-Sep | 26-Sep | 3-Oct | 12 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee Costs** | | | | | | | | | | | | | |
| Wages | $0.00 | $31,000.00 | $0.00 | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $49,000.00 |
| Withholding | $13,680.00 | $0.00 | $ 11,780.00 | $0.00 | $6,840.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32,300.00 |
| LA/State WH | $2,000.00 | $0.00 | $ - | $0.00 | $1,600.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,600.00 |
| LWCC | $0.00 | $0.00 | $ - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LA/Workforc Comm. | $0.00 | $1,250.00 | $ - | $0.00 | $0.00 | $0.00 | $850.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,100.00 |
| Blue Cross/Blue Shield | $14,720.00 | $0.00 | $ - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,720.00 |
| Dearborn Life | $90.00 | $0.00 | $0.00 | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 |
| Cintas | $588.90 | $0.00 | $ - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $588.90 |
| Aflac | $352.32 | $0.00 | $ - | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $352.32 |
| Subtotal | $31,431.22 | $32,250.00 | $11,780.00 | $18,000.00 | $8,440.00 | $0.00 | $850.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102,751.22 |
| **Expenses** | | | | | | | | | | | | | |
| | $5,000.00 | $0.00 | $0.00 | $5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| | $0.00 | $10.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 |
| | $150.00 | $0.00 | $0.00 | $0.00 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | $0.00 | $0.00 | $450.00 |
| | $230.00 | $0.00 | $0.00 | $0.00 | $230.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $460.00 |
| | $112.00 | $0.00 | $0.00 | $0.00 | $112.00 | $0.00 | $0.00 | $0.00 | $112.00 | $0.00 | $0.00 | $0.00 | $336.00 |
| | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,000.00 | $0.00 | $0.00 | $9,000.00 |
| | $200.00 | $0.00 | $0.00 | $0.00 | $200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $400.00 |
| | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $520.00 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $96.00 | $0.00 | $0.00 | $0.00 | $96.00 | $0.00 | $0.00 | $0.00 | $96.00 | $0.00 | $0.00 | $0.00 | $288.00 |
| | $420.00 | $0.00 | $0.00 | $0.00 | $420.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $840.00 |
| | $150.00 | $0.00 | $0.00 | $0.00 | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| | $0.00 | $65.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $65.00 |
| | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,400.00 |
| Subtotal | $10,318.00 | $75.00 | $0.00 | $5,000.00 | $5,328.00 | $0.00 | $0.00 | $0.00 | $208.00 | $3,150.00 | $0.00 | $0.00 | $24,079.00 |
| **Direct Costrs** | | | | | | | | | | | | | |
| | $0.00 | $12,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,000.00 |
| | $11,799.00 | $1,500.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,799.00 |
| | $150.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,150.00 |
| | $315.00 | $2,800.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,115.00 |
| Other | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,600.00 |
| Travel and Fuel | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,000.00 |
| Subtotal | $13,464.00 | $20,500.00 | $2,700.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $0.00 | $0.00 | $0.00 | $0.00 | $42,664.00 |
| **Other** | | | | | | | | | | | | | |
| Prime Rate | $5,322.80 | $0.00 | $0.00 | $0.00 | $5,322.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,645.60 |
| Prime Rate | $573.78 | $0.00 | $0.00 | $573.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,147.56 |
| Amtrust | $1,130.00 | $0.00 | $0.00 | $1,130.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,260.00 |
| Subtotal | $7,026.58 | $0.00 | $0.00 | $1,703.78 | $5,322.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,053.16 |
| **CASH BUDGET** | | | | | | | | | | | | | |
| Beginning Cash | ($56,892.41) | ($119,132.21) | ($150,787.46) | ($243,888.50) | ($296,951.22) | ($343,496.42) | ($379,586.70) | ($371,935.70) | ($248,831.20) | ($183,604.36) | ($186,754.36) | ($71,754.36) | |
| Cash Receipts | $0.00 | $21,169.75 | $0.00 | $0.00 | $0.00 | $0.00 | $9,701.00 | $124,304.50 | $65,434.84 | $0.00 | $115,000.00 | $0.00 | $335,610.09 |
| Weekly Planned Expenses | $62,239.80 | $52,825.00 | $14,480.00 | $25,903.78 | $20,290.80 | $1,200.00 | $2,050.00 | $1,200.00 | $208.00 | $3,150.00 | $0.00 | $0.00 | $183,547.38 |
| Vendor Possible Claims* | $0.00 | $0.00 | $22,621.04 | $27,158.94 | $26,254.40 | $34,890.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $110,924.66 |
| Delinquentr Payroll Tax | $0.00 | $0.00 | $56,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $56,000.00 |
| Transfer - RCC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Available Cash | ($119,132.21) | ($150,787.46) | ($243,888.50) | ($296,951.22) | ($343,496.42) | ($379,586.70) | ($371,935.70) | ($248,831.20) | ($183,604.36) | ($186,754.36) | ($71,754.36) | ($71,754.36) | |