**SO ORDERED.**

**SIGNED October 26, 2016.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**
_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TUSK ENERGY SERVICES, LLC, et al.,[1] | ) | Case No. 16-51082 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER GRANTING MOTION TO CONTINUE HEARING TO CONSIDER APPROVAL OF DEBTORS' DISCLOSURE STATEMENT

Upon the Debtors' *Ex Parte* Motion to Continue Hearing to Consider Approval of Debtors' Disclosure Statement (the "Motion"); and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Tusk Energy Services, LLC (8903); Tusk Subsea Services, LLC (9064); Tusk Construction, LLC (9752), and Rene Cross Construction, Inc. (7838) The location of the Debtors' corporate headquarters and service address is: 211 Thru-way Park Rd., Broussard, LA 70518.

1

NO:0105949/00001:186453v1

and after due deliberation, and good and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. The Motion is granted. The Court shall hold a hearing to consider whether to approve Debtors' Disclosure Statement (Doc. 97) on December 6, 2016, at 10:00 am before the Honorable Robert Summerhays, U.S. Courthouse, 214 Jefferson Street, Suite 100, Lafayette, Louisiana 70501-7050. Any objection to the Disclosure Statement must be filed and served on or before November 29, 2016.

2. Debtors shall file an affidavit of mailing within three business days after entry of this Order indicating this Order has been served on the Committee, Office of the United States Trustee, and the creditor's matrix.

###

Submitted by:

   /s/ *C. Davin Boldissar*
C. Davin Boldissar (La. #29094)
Bradley C. Knapp (La. # 35867)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5100
Fax: (504) 681-5211

**ATTORNEYS FOR TUSK ENERGY SERVICES, LLC, TUSK SUBSEA SERVICES, LLC, TUSK CONSTRUCTION, LLC, AND RENE CROSS CONSTRUCTION, INC.**